IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| U.S. Equal Employment Opportunity Commission, | ) ) ) | C/A No.: 0:16-3029-JMC-SVH |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| T-N-T of York County, Inc., and TM Trucking of the Carolinas, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff filed this action on September 6, 2016. [ECF No. 1]. Pursuant to the second amended scheduling order entered on August 15, 2017, discovery was to be completed by September 14, 2017, with dispositive motions, if any, to be filed by no later than October 5, 2017. [ECF No. 50]. These deadlines have now expired.

Because the discovery and dispositive motions deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

November 1, 2017
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

1