# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> T-N-T OF YORK COUNTY, INC., and TM TRUCKING OF THE CAROLINAS, LLC, </br></br> Defendants. | C.A. No.: 0:16-cv-03029-JMC </br></br></br></br> ORDER |

Upon Motion (ECF No. 103) and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored.

DATED this 26th day of December, 2018.

*J. Michelle Childs*
United States District Judge