**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) )  )  **Plaintiff,** ) )  v. ) )  T-N-T OF YORK COUNTY, INC., ) and TM TRUCKING OF THE ) CAROLINAS, LLC, ) )  **Defendants.** ) _____ ) | C.A. No.: 0:16-cv-03029-JMC  <br><br><br><br>**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

Plaintiff U.S. Equal Employment Opportunity Commission ("Commission") and Defendants T-N-T of York County, Inc. and TM Trucking of the Carolinas, LLC (jointly and severally, "Defendants") respectfully move this Court to enter the Consent Judgment attached hereto as Exhibit A.

Defendants have executed the Consent Judgment as to the Commission's claim in favor of the following fourteen (14) Claimants in the collective amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00):

      1.    Elrich Artis

      2.    William Bright

      3.    Tommy Brown

      4.    Warren Chisholm

      5.    Husani Colon

      6.    Bursha Dumas

      7.    Rodney Dunlap

8.   Bernard Elam

9.   Marcus Hinton

10.  Pride Hunt

11.  Eric Jones

12.  Satya Martin-Felder

13.  Harry Mobley

14.  Mack Thompson

The parties expressly agree to the entry of the aforementioned Consent Judgment in the full amount stated thereon. The parties further agree that the Commission may proceed with collection of the Consent Judgment upon its entry, and that any of the above-identified Claimants may proceed with collection of the amount specifically apportioned to him/her in the Consent Judgment upon its entry. It is acknowledged by Defendants that the damages agreed to herein constitute a debt owed to and collectible by the United States.

Respectfully submitted this the 22nd day of May, 2019.

| WE SO MOVE: | WITH CONSENT OF: |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **T-N-T OF YORK COUNTY, INC., and TM TRUCKING OF THE CAROLINAS, LLC,** |
| KATHERINE J. CHRISTY<br>Illinois Bar No. 6282803<br>*Admitted Pro Hac Vice pursuant to LR 83.1.06*<br>Trial Attorney<br>Charlotte District Office<br>Telephone: (704) 954-6464<br>Email: katherine.christy@eeoc.gov | **s/ *Leah B. Moody***<br>LEAH B. MOODY<br>SC Federal Bar No.: 7468<br>235 East Main Street, Suite 115<br>P.O.B. 1015 (29731)<br>Rock Hill, South Carolina 29730<br>Telephone: (803) 327-4192<br>Facsimile: (803) 329-1344<br>Email: Lbmatty@comporium.net |
| **s/ *Rachael S. Steenbergh-Tideswell***<br>RACHAEL S. STEENBERGH-TIDESWELL<br>South Carolina Federal Bar No. 10867<br>Senior Trial Attorney | **s/ *Joseph D. Dickey***<br>JOSEPH D. DICKEY |

| | |
|---|---|
| Charlotte District Office | SC Federal Bar No.: 11311 |
| 129 West Trade Street, Suite 400 | 1817 Hampton Street |
| Charlotte, North Carolina 28202 | Columbia, SC 29201 |
| Telephone: (704) 954-6472 | Phone: (803) 380-5575 |
| Facsimile: (704) 954-6412 | Facsimile: (803) 380-5576 |
| Email: rachael.steenbergh@eeoc.gov | Email: joseph@dickeylawsc.com |

**ATTORNEYS FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANTS**