IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | C/A No.: 0:16-cv-03029-JMC |
| Plaintiff, | ) ) | |
| v. | ) ) | **CONSENT JUDGMENT** |
| T-N-T OF YORK COUNTY, INC., and TM TRUCKING OF THE CAROLINAS, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court pursuant to a Joint Motion for Entry of Consent Judgment filed by Plaintiff U.S. Equal Employment Opportunity Commission (the "EEOC") and Defendants T-N-T of York County, Inc. and TM Trucking of the Carolinas, LLC (jointly and severally, "Defendants"). (ECF No. 134.) Upon consideration of the parties' consent and stipulation to the entry of this Judgment against Defendants, the court **GRANTS** the Motion and it is hereby:

**ORDERED, ADJUDGED AND DECREED** that judgment is entered against Defendants in the amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00) in favor of the U.S. Equal Employment Opportunity Commission, payable to and collectible by each Claimant as follows:

$21,200.00 to Elrich Artis;
$21,200.00 to William Bright;
$5,950.00 to Tommy Brown;
$25,475.00 to Warren Chisholm;
$5,525.00 to Husani Colon;
$6,650.00 to Bursha Dumas;
$24,000.00 to Rodney Dunlap;

1

|  |  |
|---|---|
| $21,475.00 | to Bernard Elam; |
| $7,025.00 | to Marcus Hinton; |
| $21,200.00 | to Pride Hunt; |
| $5,525.00 | to Eric Jones; |
| $6,275.00 | to Satya Martin-Felder; |
| $12,600.00 | to Harry Mobley; and |
| $15,900.00 | to Mack Thompson. |

The damages agreed to herein constitute a debt owed to and collectible by the United States.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any business entity deemed a "successor" company to TM Trucking of the Carolinas, LLC and/or T-N-T of York County, Inc. shall be jointly and severally liable for satisfying any unpaid amounts of the judgment stated herein to the fullest extent permitted by federal and state law. Defendants shall provide prior written notice to any potential purchaser of Defendants' businesses, or a purchaser of all or a portion of Defendants' remaining assets, if any, and to any other potential successor(s), of the existence and contents of this Consent Judgment.

The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.[1]

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

May 22, 2019
Columbia, South Carolina

---

[1] Moreover, the EEOC's pending Motion for Sanctions (ECF No. 133) is **DENIED AS MOOT**.

WE CONSENT TO ENTRY OF THE JUDGEMENT.

Dated this 22nd day of May, 2019.

**T-N-T OF YORK COUNTY, INC., and TM TRUCKING OF THE CAROLINAS, LLC**

**s/ *Leah B. Moody***
LEAH B. MOODY
SC Federal Bar No.: 7468
235 East Main Street, Suite 115
P.O.B. 1015 (29731)
Rock Hill, South Carolina 29730
Telephone: (803) 327-4192
Facsimile: (803) 329-1344
Email: Lbmatty@comporium.net

**s/ *Joseph D. Dickey***
JOSEPH D. DICKEY
SC Federal Bar No.: 11311
1817 Hampton Street
Columbia, SC 29201
Phone: (803) 380-5575
Facsimile: (803) 380-5576
Email: joseph@dickeylawsc.com

**ATTORNEYS FOR DEFENDANTS**